STATE OF NORTH CAROLINA v. WILLIAM EARL HARGROVE

No. 718SC352

(Filed 14 July 1971)

APPEAL by defendant from *Cooper, Judge,* December 1970 Session of Superior Court held in WAYNE County.

The defendant was charged in a two-count bill of indictment, proper in form, with felonious possession and sale of 5.5 grams of a narcotic drug; to wit, marihuana, in violation of G.S. 90-88. The record reveals that a *nolle prosequi* was entered on the count charging the defendant with felonious possession of marihuana, and that the defendant, represented by court-appointed counsel, voluntarily and understandingly entered a plea of guilty on the count charging the defendant with the sale of 5.5 grams of marihuana. From a judgment imposing a prison sentence of three to five years, the defendant appealed.

*Attorney General Robert Morgan, Deputy Attorney General R. Bruce White, Jr., and Assistant Attorney General Guy A. Hamlin for the State.*

*George R. Britt for defendant appellant.*

HEDRICK, Judge.

Counsel for the defendant states in his brief that he is not aware of any error committed during the trial of the defendant.

From a careful examination of the record it affirmatively appears that the defendant freely, understandingly, and voluntarily entered a plea of guilty to a valid count in the bill of indictment charging him with the sale of 5.5 grams of marihuana, a narcotic drug. The prison sentence imposed is within the limits prescribed by G.S. 90-111. We hold that the defendant had a fair trial free from prejudicial error.

No error.

Chief Judge MALLARD and Judge CAMPBELL concur.